UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES MILLS M.D., <br><br> Plaintiff, <br><br> v. <br><br> BAYHEALTH MEDICAL CENTER, <br><br> Defendant. | Case No. 1:23-cv-01009-GBW |

**STIPULATION AND ORDER TO EXTEND TIME**

WHEREAS Bayhealth Medical Center ("Bayhealth") requested a brief extension of the date to file its Answer (and Affirmative Defenses) to James Mills, M.D.'s ("Mills") Complaint and Mills has agreed;

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto through their undersigned counsel, subject to the approval of the Court, that the deadline for Bayhealth to file its Answer (and Affirmative Defenses) to Mills' Complaint is hereby extended from November 24, 2023 to and including December 1, 2023.

| | |
|---|---|
| */s/ Michele D. Allen* | */s/ Alexis R. Gambale* |
| Michele D. Allen (#4359) | Melissa N. Donimirski (#4701) |
| **ALLEN & ASSOCIATES** | Alexis R. Gambale (#7150) |
| 4250 Lancaster Pike, Suite 230 | E. Thomas Henefer (*pro hac vice*) |
| Wilmington, DE 19805 | **STEVENS & LEE, P.C.** |
| T: (302) 234-8600 | 919 N. Market Street, Suite 1300 |
| michele@allenlaborlaw.com | Wilmington, DE 19801 |
| | T: (302) 425-2619 |
| *Attorneys for Plaintiff* | melissa.donimirski@stevenslee.com |
| | alexis.gambale@stevenslee.com |
| | e.thomas.henefer@stevenslee.com |
| | |
| | *Attorneys for Defendant* |

2

IT IS SO ORDERED this _____ day of _____, 2023.

                                                                                                       United States District Judge